# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NEW YORK LIFE INSURANCE COMPANY,

        Plaintiff,

vs.

ALICIA FRANCO, *et al.*,

        Defendants.

Case No.: 2:24-cv-02366-GMN-BNW

**ORDER GRANTING JOINT REQUEST FOR DISMISSAL**

Pending before the Court is the Joint Request for Dismissal with Prejudice, (ECF No. 12), filed by Interpleader Plaintiff and signed by counsel for all Parties.  In February 2025, the Court granted Interpleader Plaintiff permission to withhold its reasonable attorneys' fees and costs from the death benefit, plus interest, and then distribute the remainder to Defendant Alicia Franco. (*See generally* Order, ECF No. 11).  The remainder of the death benefit, following deduction of the attorneys' fees and costs, has been fully disbursed to Alicia Franco. (Joint Request 1:28, ECF No. 12).  The Parties request dismissal of this case with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Request for Dismissal with Prejudice, (ECF No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED with PREJUDICE** in its entirety with Defendants Alica Franco and C.B. to bear their own respective fees and costs.

The Clerk of Court is kindly directed to close the case.

Dated this \_\_1\_\_ day of April, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court